AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| Brian Estep, *Plaintiff* ) ) ) | |
| v. ) | Case No. 2:25-cv-00095 |
| Allegheny County, John Doe, Patrick Jennings, *Defendant* ) ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patrick Jennings

Date:   01/21/2025

/s/ Jordan P. Shuber
*Attorney's signature*

Jordan P. Shuber - PA ID No. 317823
*Printed name and bar number*

Dillon McCandless King Coulter & Graham LLP
128 West Cunningham Street
Butler, PA 16001
*Address*

jshuber@dmkcg.com
*E-mail address*

(724) 283-2200
*Telephone number*

(724) 283-2298
*FAX number*