**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Brian Estep | : | Civil Action |
| *Plaintiff* | : | |
| | : | No. 2:25-CV-00095 |
| vs. | : | |
| | : | |
| Allegheny County, John Doe, and Patrick Jennings | : | |
| | : | |
| | : | **JURY TRIAL DEMANDED** |
| | : | |
| *Defendants* | : | |

**NOTICE OF SETTLEMENT**

Plaintiff, Brian Estep, by and through undersigned counsel, hereby notifies the Court that the above-captioned matter has been settled between the parties. The parties are in the process of finalizing the settlement documents and anticipate filing a stipulation of dismissal within sixty (60) days.

Accordingly, Plaintiff respectfully requests that the Court vacate all pending deadlines and proceedings in this matter.

Respectfully Submitted,

**SWARTZ CULLETON FERRIS**

By:   **/s/Adam D. Shorr, Esq.**
Adam D. Shorr, Esq.
Anthony J. Giannetti, Esq.
429 First Avenue, Suite 100
Pittsburgh, PA 15219
412-238-7610
412-200-7595 (Fax)
ashorr@swartzculleton.com

Date: June 13, 2025